# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| RAYMOND E. TIPTON, | |
| Plaintiff, | |
| v. | CV 223-033 |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

### ORDER

Before the Court is a Consent Motion to Dismiss and Drop Defendant National Indemnity Company ("NICO") without prejudice, filed by Plaintiff Raymond Tipton and Defendant NICO. Dkt. No. 13. No other Defendant has objected to the motion.

After consideration, and for good cause shown, the Court **GRANTS** the Consent Motion to Dismiss and Drop. Accordingly, the Court **DISMISSES without prejudice** all claims against NICO. The Clerk is **DIRECTED** to terminate NICO as a party to this action.

**SO ORDERED**, this 30 day of May, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA