# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| RAYMOND E. TIPTON, <br><br>     Plaintiff, <br><br> v. <br><br> NICHOLAS BURIST, et al., <br><br>     Defendants. | CV 223-033 |

### ORDER

Before the Court is a Motion to Drop and Dismiss Defendant Wesco Insurance Company ("Wesco") without prejudice, filed by Plaintiff Raymond Tipton.  Dkt. No. 20.  No other Defendant has objected to the motion.

After consideration, and for good cause shown, the Court **GRANTS** the Motion to Drop and Dismiss.  Accordingly, the Court **DISMISSES without prejudice** all claims against Wesco.  The Clerk is **DIRECTED** to terminate Wesco as a party to this action.

**SO ORDERED**, this \_\_14\_\_ day of June, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA