# In the United States District Court for the Southern District of Georgia Brunswick Division

RAYMOND E. TIPTON,

    Plaintiff,

v.

NICHOLAS BURIST, et al.,

    Defendants.

2:23-CV-33

## ORDER

Pending before the Court is a motion to dismiss filed by Defendant Unigroup, C.A. Dkt. No. 135. The basis for the motion is a lack of subject matter jurisdiction. See id. The parties have been given forty-five days within which to conduct limited jurisdictional discovery needed to address Defendant Unigroup's motion. Dkt. No. 145. In the meantime, the Court **STAYS** consideration of the motion to dismiss. Within fourteen days of completion of the jurisdictional discovery period, Plaintiff is **ORDERED** to file a status report informing the Court whether he contests the motion to dismiss.

**SO ORDERED**, this 26 day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA