# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

RAYMOND E. TIPTON,

    Plaintiff,

    v.                                                    2:23-CV-33

NICHOLAS BURIST, et al.,

    Defendants.

## ORDER

Before the Court is the parties' stipulation of dismissal, dkt. no. 192, wherein they notify the Court that they wish to dismiss all claims asserted against Defendant Vanliner Insurance Company with prejudice.  The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted against Defendant Vanliner are hereby **DISMISSED** with prejudice. Each party shall bear its own fees and costs.  The Clerk is **DIRECTED** to terminate Vanliner as a defendant in this action.

    **SO ORDERED,** this 6th day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA