IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KYLE SLOAN, and SUSAN WEST, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:22-cv-76 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |
| THELMA PETNO, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-31 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |
| RAYMOND E. TIPTON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-33 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

| | |
|---|---|
| MAKAYLA JANIA HINES, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-89 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

**O R D E R**

Liability discovery in these cases is now closed.[1] I held a call with the parties to discuss deadlines for damages discovery. On the call, the parties sought clarity on whether their cases remain consolidated for the purposes of discovery. The parties explained that a dispute exists between Plaintiffs and Defendant Mayflower Transit, LLC ("Mayflower") specifically regarding financial discovery information. The parties also proposed deadlines for damages discovery.

These cases remain consolidated for the purposes of discovery. Therefore, the damages discovery deadlines in this Order apply to all four consolidated cases. To be clear, I do not make any assessment about any need for consolidation for purposes of trial.

Regarding financial discovery, as explained during the October 6, 2025 conference, Plaintiffs were to serve any requests for financial discovery information on or before October 13, 2025. Defendant Mayflower has **14 days** from the date of service of the requests to respond to Plaintiffs' requests with written responses. Along with those responses, Defendant Mayflower should file any motion for a protective order or contesting the propriety of Plaintiffs' requests.

---

[1] As indicated by the caption, this Order addresses four consolidated cases, 2:22-cv-76, 2:23-cv-31, 2:23-cv-33, and 2:23-cv-89. All Docket Numbers in this Order refer to the docket in Case Number 2:22-cv-76. The Court **DIRECTS** the Clerk of Court to docket this Order in the other three cases.

2

Plaintiffs will have **seven days** from the date of service of any motion to file responsive briefing. **All briefing must not exceed 15 pages in length**.

Regarding damages discovery generally, the Court enters the following deadlines.

| EVENT | DEADLINE |
|---|---|
| All Damages Discovery | January 30, 2026 |
| All Civil Motions (Including Daubert Motions; Excluding Motions in Limine) | February 13, 2026 |
| Depositions of All Witnesses Taken for Use at Trial | February 13, 2026 |
| Proposed Pretrial Order | February 20, 2026 |

The pretrial order shall be in the format for Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gasd.uscourts.gov under "Forms." Counsel for Plaintiff shall have the responsibility to initiate compliance. A party's failure to comply with the requirements hereof may result in dismissal of the Complaint, striking of the Answer, or in other sanctions the Court determines are appropriate. If any party in this case is not represented by counsel, such party shall be obligated to comply with the requirements hereof in the same manner as counsel.

The Court further **ORDERS** that the Clerk schedule this case for a pretrial conference. At the time of the pretrial conference, the Court will approve, disapprove, or direct amendment of the proposed pretrial order. Lead counsel for each party shall attend the pretrial conference.

The parties shall attempt to resolve evidentiary objections and potential motions in limine well in advance of the pretrial conference. Thus, the parties shall not file any evidentiary objections or motions in limine without first seeking to resolve the issues raised in the objection or the motion in limine with the opposing party. The moving party must state in its evidentiary

objections and motions in limine that it has attempted to resolve the issues raised therein with the other parties, and it must further state which other parties oppose the relief sought.

Any evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing **at least five days** prior to the pretrial conference.  The parties shall not file any motions in limine or evidentiary objections after this deadline without first seeking leave of court.  Leave to file will only be granted upon a showing of extraordinary circumstances.  All responses to evidentiary objections and motions in limine shall be submitted within **14 days** of the filing of the objection or motion.  Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the Court's written permission.

**SO ORDERED**, this 17th day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA