**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| KYLE SLOAN, and SUSAN WEST, | |
| Plaintiffs, | CIVIL ACTION NO.: 2:22-cv-76 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

| | |
|---|---|
| THELMA PETNO, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-31 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

| | |
|---|---|
| RAYMOND E. TIPTON, | |
| Plaintiff, | CIVIL ACTION NO.: 2:23-cv-33 |
| v. | |
| NICHOLAS BURIST, et al., | |
| Defendants. | |

MAKAYLA JANIA HINES,

      Plaintiff,

    v.

NICHOLAS BURIST, et al.,

      Defendants.

CIVIL ACTION NO.: 2:23-cv-89

## O R D E R

Plaintiffs filed a Motion for Clarification.  Doc. 399.[1]  Plaintiffs ask for clarification of the scope of the Court's prior Protective Order.  Id. (referring to Doc. 397).  Plaintiffs state that there is no actual discovery dispute at this time and that they filed the Motion "out of an abundance of caution."  Id. at 2.  Because there is no dispute for the Court to consider, the Court **DENIES** Plaintiffs' Motion.  If, after conferral, any discovery disputes do arise, then the parties are required to utilize the informal dispute resolution process detailed in the Court's Rule 26(f) Order, doc. 2, before filing any motions about the dispute.

    **SO ORDERED**, this 18th day of June, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] As indicated by the caption, this Order addresses four consolidated cases, 2:22-cv-76, 2:23-cv-31, 2:23-cv-33, and 2:23-cv-89.  Plaintiffs in all four cases filed the instant Motion.  All Docket Numbers in this Order refer to the docket in Case Number 2:22-cv-76.  The Court **DIRECTS** the Clerk of Court to docket this Order in the other three cases.